IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE GILLIKIN | : | |
| | : | CIVIL ACTION |
| | : | |
| v. | : | No. 26-2880 |
| | : | |
| BOEHRINGER INGELHEIM | : | |
| PHARMACEUTICALS, INC. et al | : | |

**REPORT OF CONFERENCE / MINUTE SHEET**

On this 3rd day of September, 2026, before Judge Gail A. Weilheimer, a

___ In-Person Conference (held in Chambers)

___ In-Person Conference (held in Courtroom No. ______)

___Video Conference ___ Telephone Conference

__ Pretrial / Rule 16 Conference ___ Settlement Conference

**_X__ Status Conference via ZOOM**

___ On the Record **_X_Not on the Record**

Participants:

Plaintiff's Counsel:
List all Counsel

1. John Mercer Masslon, II
2.
3.

Defense Counsel:
List all Counsel

1. Andrew Thomas Bayman
2. Molly Elizabeth Flynn
3.

Name of Court Reporter or ESR: ____________________________________________

Start: 3:05 p.m. End: 3:20 p.m.

**Total Time in Court: 15 minutes**

*s/Christian Henry*
Christian Henry
Courtroom Deputy
U.S. District Judge Gail A. Weilheimer

Civ 14 (4/21)